UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL CHRISTOPHER MARION, JR. | CIVIL ACTION |
| VERSUS | NO. 10-974 |
| ORLEANS PARISH PRISON ET AL. | SECTION "S" (2) |

# ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Daniel Christopher Marion, Jr., are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 21st day of July, 2010.

UNITED STATES DISTRICT JUDGE